UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WARD, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUTONOMY PRODUCTIONS, LLC, a foreign limited liability company; SHERIFF ROBOT PRODUCTION SERVICES, LLC, a foreign limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 23-2891-GW-MARx<br><br>[Assigned to Hon. George H. Wu]<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO THE LOS ANGELES SUPERIOR COURT**<br><br>Date Action Filed: August 11, 2022<br>Date of Removal: April 14, 2023 |

- 1 -
[PROPOSED] ORDER

**ORDER**

The Court, having read and considered Plaintiff Paul Ward's and Defendants Autonomy Productions, LLC and Sheriff Robot Production Services, LLC's ("Defendants") Stipulation to Remand Action to the Los Angeles Superior Court ("Stipulation"), and being so advised in the matter and finding good cause, hereby grants the stipulation and remands this lawsuit to the Superior Court for the State of California, County of Los Angeles for purposes of settlement approval and administration. Should the Superior Court not grant preliminary, and then final, approval of the Parties' proposed class action settlement, Defendants may remove this case back to Federal Court and it will have the same status as if the case had not been remanded.

IT IS HEREBY ORDERED.

Dated: August 21, 2023

_____
HON. GEORGE H. WU,
United States District Judge